STATE OF CONNECTICUT *v.* GREGORY GAYMON

The defendant's petition for certification for appeal from the Appellate Court, 93 Conn. App. 569 (AC 25708), is denied.

*Charles F. Willson,* special public defender, in support of the petition.

*Susann E. Gill,* senior assistant state's attorney, in opposition.

Decided March 23, 2006

STATE OF CONNECTICUT *v.* DANIEL J. HENDERSON

The defendant's petition for certification for appeal from the Appellate Court, 93 Conn. App. 61 (AC 25865), is denied.

*Daniel J. Henderson,* pro se, in support of the petition.

Decided March 23, 2006

AAIS CORPORATION *v.* DEPARTMENT OF ADMINISTRATIVE SERVICES ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 93 Conn. App. 327 (AC 26071), is denied.

*Thomas A. Kaelin,* in support of the petition.

Decided March 23, 2006